# INVOICE

Page 1 of 1

**TMS International, LLC**

12 Monongahela Avenue Glassport, PA 15045-1315 USA

Telephone  412-678-6141   Fax:  412-675-8321

**Remit-to**

TMS International, LLC

Mill Services Group Lockbox
25066 Network Pl
Chicago, IL 60673-1250
USA

| | |
|---|---|
| Customer number | C00558 |
| Invoice number | 10082848 |
| Invoice date | 5/31/2016 |
| Customer reference | 143811 |
| Billing Inquiries | |
| Payment reference | 10082848 |

**Sold To:**   Gulf Chemical & Metallurgical

302 Midway Rd
Attn AP
Freeport, TX 77541-0302
USA

| | |
|---|---|
| Payment terms | 30 Days Rcpt of Inv |
| Due date | 7/5/2016 |
| Terms | Subject to all terms and conditions contained in basic agreement between parties |

| Date | TMS Ticket | Mill Ticket | Mill Reference | Description | Quantity | Unit | Unit price | Amount | Tax/Vat | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2016 | PSS725045 | | | Operator  Overtime Labor MR | 1.500 | HR | 62.7200 | 94.08 | 0.00 | 94.08 |
| Totals: | | | | | 1.500 | USD | | 94.08 | 0.00 | 94.08 |

Tax registration number

Customer tax registration number

# INVOICE

Page 1 of 1

**TMS International, LLC**

12 Monongahela Avenue Glassport, PA 15045-1315 USA

Telephone  412-678-6141   Fax:  412-675-8321

**Remit-to**

TMS International, LLC

Mill Services Group Lockbox
25066 Network Pl
Chicago, IL 60673-1250
USA

| Customer number | C00558 |
|---|---|
| Invoice number | 10082849 |
| Invoice date | 5/31/2016 |
| Customer reference | 143811 |
| Billing Inquiries | 205-999-9830 |
| Payment reference | 10082849 |

**Sold To:**  Gulf Chemical & Metallurgical
302 Midway Rd
Attn AP
Freeport, TX 77541-0302
USA

| Payment terms | 30 Days Rcpt of Inv |
|---|---|
| Due date | 7/5/2016 |
| Terms | Subject to all terms and conditions contained in basic agreement between parties |

| Date | TMS Ticket | Mill Ticket | Mill Reference | Description | Quantity | Unit | Unit price | Amount | Tax/Vat | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2016 | PSS725047 | | | Misc<br>Billable Costs | 1.000 | EA | 1,500.0000 | 1,500.00 | 0.00 | 1,500.00 |
| Totals: | | | | | 1.000 | USD | | 1,500.00 | 0.00 | 1,500.00 |

Tax registration number

Customer tax registration number

**TMS International, LLC**

**INVOICE**

Page 1 of 1

TMS International, LLC

12 Monongahela Avenue Glassport, PA 15045-1315 USA

Telephone  412-678-6141    Fax:  412-675-8321

**Remit-to**

TMS International, LLC

Mill Services Group Lockbox

25066 Network Pl

Chicago, IL 60673-1250

USA

| | |
|---|---|
| Customer number | C00558 |
| Invoice number | 10083698 |
| Invoice date | 6/1/2016 |
| Customer reference | 143811 |
| Billing Inquiries | 215/956-5556 |
| Payment reference | 10083698 |

**Sold To:**  Gulf Chemical & Metallurgical

302 Midway Rd

Attn AP

Freeport, TX 77541-0302

USA

| | |
|---|---|
| Payment terms | 30 Days Rcpt of Inv |
| Due date | 7/6/2016 |
| Terms | Subject to all terms and conditions contained in basic agreement between parties |

| Date | TMS Ticket | Mill Ticket | Mill Reference | Description | Quantity | Unit | Unit price | Amount | Tax/Vat | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2016 | PSS731912 | | | MR Fixed Fee 2016 June 1-14 | 1.000 | EA | 25,550.0000 | 25,550.00 | 0.00 | 25,550.00 |
| **Totals:** | | | | | 1.000 | USD | | 25,550.00 | 0.00 | 25,550.00 |

Tax registration number

Customer tax registration number